■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE M. JOHNSON, Appellant. (Appeal No. 2.) [963 NYS2d 912]— Appeal from a judgment of the Monroe County Court (John J. Connell, J.), rendered June 27, 2008. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree and robbery in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Johnson* (105 AD3d 1452 [2013]). Present—Scudder, P.J., Centra, Carni, Sconiers and Martoche, JJ.